entered March 29, 1926, modifying and affirming as modified a judgment in favor of plaintiff entered upon a verdict. The action was to recover for an alleged breach of a contract entered into between the plaintiff and defendant for the construction of a system of sewers, in that plaintiff was compelled to perform certain work · and furnish and operate certain equipment, and to supply certain materials to do the work required by the contract outside of the terms of the contract itself. Damages were claimed for alleged extra work, labor, services, equipment and material required in making excavations, furnishing and operating pumps and boilers with fuel and power, supplying teams to haul material, cost of blacksmith and helper for repairing tools and equipment and boilers, all required because of the necessity of continuously pumping water from the excavations in order to keep them in a proper and safe condition to perform the work required of the contractor.

*George P. Nicholson, Corporation Counsel (Elliott S. Benedict* and *John F. O'Brien* of counsel), for appellant.
*Philip J. Britt* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., POUND, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ. Not voting: CARDOZO, J.

———————

PAUL WESTPHAL, a Corporation, Respondent, *v.* WESTPHAL'S WORLD'S BEST CORPORATION et al., Appellants.

*Trade-names — injunction — action to restrain use of name in connection with certain business.*

*Westphal* v. *Westphal's World's Best Corp.,* 216 App. Div. 53, affirmed.

(Argued October 15, 1926; decided November 16, 1926.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 22, 1926, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at

Special Term.  The action was to restrain the defendants from manufacturing, selling or dealing in hair tonics or other barbers' supplies within the State of New York or elsewhere under the names of Westphal, Paul Westphal, Westphal's, Paul Westphal Co. and Westphal's World's Best Corporation, or any of them, and from using the name of Westphal, either alone or in conjunction with other words or symbols in any other manner, within the State of New York or elsewhere, in connection with a hair tonic or barbers' supply business.

*Martin Conboy* and *William Huck, Jr.*, for appellants.

*William H. Hamilton* and *Norman C. Conklin* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, POUND, MCLAUGHLIN and CRANE, JJ.; HISCOCK, Ch. J., ANDREWS and LEHMAN, JJ., dissent and vote for modification of judgment as to individual defendant Paul Westphal.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* GEORGE B. WILLIAMS, Appellant.

*Crimes — murder in first degree — judgment of conviction affirmed.*

(Argued October 18, 1926; decided November 16, 1926.)

APPEAL from a judgment of the Court of General Sessions of the county of New York, rendered April 8, 1926, upon a verdict convicting the defendant of the crime of murder in the first degree.

*Albert E. Schwartz* and *Arthur H. Parkhurst* for appellant.

*Joab H. Banton*, District Attorney (*Robert C. Taylor* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MC-LAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.